■ In the Matter of DOMENICK CRISPINO, Appellant, v ROBERT M. MORGENTHAU, as District Attorney of New York County,

Respondent. [830 NYS2d 511]—Appeal from order, Supreme Court, New York County (Charles J. Tejada, J.), entered October 26, 2005, which denied the petition in this CPLR article 78 proceeding, unanimously dismissed, without costs.

The District Attorney has furnished the documents sought in petitioner's FOIL request, thereby rendering this appeal moot. Concur—Tom, J.P., Mazzarelli, Williams, McGuire and Kavanagh, JJ.